# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES MACKIE, JR.            :                 CIVIL ACTION
                                             :
           v.                           :
                                           :
PENNSYLVANIA BOARD OF      :
PROBATION AND PAROLE, *et al.*   :          NO.  19-1388

## ORDER

**AND NOW**, this    4th    day of    September, 2019, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Answer, inclusive of all exhibits thereto, the other documents filed by the parties, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  The Petition for a Writ of Habeas Corpus is **DENIED**, without an evidentiary hearing; and

3.  Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims.  Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Robert F. Kelly
Robert F. Kelly, J.